IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAURICE T. ADKINS, JR.,
    Petitioner,

vs.                                       Case No.:  3:12cv219/RV/EMT

SECRETARY FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Respondents.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on Petitioner's motion for voluntary dismissal of his habeas petition filed pursuant to 28 U.S.C. § 2241 (doc. 8).  As grounds for dismissal, Petitioner states he received the relief he sought in this habeas action; therefore, it is moot (*id.*).

    Rule 41(a)(1) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer, or files a motion for summary judgment.  Because neither Respondent has served an answer in the instant case, it is clear that Petitioner is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    That Petitioner's motion for voluntary dismissal (doc. 8) be **GRANTED** and this action dismissed.

    At Pensacola, Florida, this 3rd day of July 2012.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).**