IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MAURICE T. ADKINS, JR.,
    Petitioner,

vs.                            Case No.:  3:12cv219/RV/EMT

SECRETARY FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,
    Respondents.
_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated July 3, 2012 (doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's motion for voluntary dismissal (doc. 8) is **GRANTED** and this action dismissed.

**DONE AND ORDERED** this 1st day of August, 2012.

                                      /s/ *Roger Vinson*
                                      **ROGER VINSON**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**